## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CIVIL CASE NO. 1:15-cv-00189-MR-DLH

| | | |
|---|---|---|
| **KAISERKANE, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **NORTH AMERICAN ROOFING** | ) | |
| **SERVICES, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court *sua sponte.*

On September 14, 2016, the Defendant filed a Brief in Support of its Motion for Summary Judgment [Doc. 21]. The Defendant's brief, however, fails to comply with this Court's Pretrial Order and Case Management Plan, which requires that briefs must be in at least 14 point type. [Doc. 11 at 5]. Accordingly, the Defendant's brief will be stricken.

**IT IS, THEREFORE, ORDERED** that the Defendant's Brief in Support of its Motion for Summary Judgment [Doc. 21] is **STRICKEN**. The Defendant may file a brief which comply with the requirements of this Court within seven (7) days of the entry of this Order.

**IT IS SO ORDERED.**     Signed: September 15, 2016

Martin Reidinger
United States District Judge