# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:15-cv-00189

| | |
|---|---|
| KAISERKANE, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **O R D E R** |
| NORTH AMERICAN ROOFING ) | |
| SERVICES, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court sua sponte following the summary judgment hearing conducted in this matter on December 9, 2016. For the reasons stated on the record during such hearing, the Court concludes that the parties should be relieved from abiding by the deadlines set forth in the Court's Pretrial Order and Case Management Plan [Doc. 11] as well as the Court's Supplemental Pretrial Order and Case Management Plan. [Doc. 33].

**IT IS, THEREFORE, ORDERED** that the deadlines contained in the Court's Pretrial Order and Case Management Plan [Doc. 11] as well as the Court's Supplemental Pretrial Order and Case Management Plan [Doc. 33] are hereby **RESCINDED**.

**IT IS FURTHER ORDERED** that this matter be removed from the Court's trial calendar.

**IT IS SO ORDERED.**

Signed: December 15, 2016

Martin Reidinger
United States District Judge