# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:15-cv-00189-MR-DLH

| | |
|---|---|
| KAISERKANE, INC., ) ) Plaintiff, ) ) vs. ) ) NORTH AMERICAN ROOFING ) SERVICES, INC., ) ) Defendant. ) ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte*.

On January 13, 2017, the Court entered an Order staying this matter pending entry of final judgment in an action brought by Hitham Abuhouran against the parties in New Jersey state court ("the New Jersey State Court litigation"). [Doc. 35]. Counsel for the Defendant has advised the Court that the New Jersey State Court litigation was dismissed with prejudice on June 13, 2018. A copy of the Order dismissing the New Jersey State Court litigation is attached to this Order as Exhibit A.

In light of these developments, the Court enters the following Order.

**IT IS, THEREFORE, ORDERED** that the stay in this matter is **LIFTED**, and this matter is scheduled for trial during the Court's September 10, 2018 trial term.

**IT IS SO ORDERED.**

Signed: July 27, 2018

Martin Reidinger
United States District Judge