# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:15-cv-00189-MR-DLH

| | |
|---|---|
| KAISERKANE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| NORTH AMERICAN ROOFING ) | |
| SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court *sua sponte*.

On August 23, 2018, the Plaintiff filed a Memorandum in Support of its Motion for Summary Judgment. [Doc. 45]. The Plaintiff's Memorandum, however, fails to comply with this Court's Pretrial Order and Case Management Plan, which requires that briefs must be in at least 14 point type. [Doc. 11 at 5]. Accordingly, the Plaintiff's Memorandum will be stricken.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Memorandum in Support of Motion for Summary Judgment [Doc. 45] is **STRICKEN**. The Plaintiff may file a brief which complies with the requirements of this Court within seven (7) days of the entry of this Order.

**IT IS SO ORDERED.**

Signed: August 27, 2018

Martin Reidinger
United States District Judge